Kenny Matthews Jr
Name
403332
Prison Number
Fairbanks Correctional Center
Place of confinement
1931 Eagon Ave
Mailing address
Fairbanks, Alaska 99701
City, State, Zip

_____
Telephone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Kenny Ray Matthews Jr,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

~~Alaska State Troopers~~

Alaska State Troopers,

Department of Public Safety, State of Alaska
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 4:24-cv-00014-JMK
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of protection acc int unreasonble searches and seizures
(print your name)

who presently resides at Fairbanks Correctional Center ,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. __Defendants__ (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Alaska State Troopers_ is a citizen of
_Alaska_, and is employed as a _Police Agency_.
(state)                                                    (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                                    (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about April 9, 2022 _____, my civil right to
(Date)

be secure against unreasonable searches and seizures
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Alaska State Troopers
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On April 9th 2022, I Kenny Ray Matthews Jr. was subjected to excessive force at the hands of the Alaska State Troopers. This was a violation of my 4th and 14th ammendment rights guaranteed by the United States Constitution On April 9th 2022, the Alaska State Troopers, were attempting to arrest me while I was at my fathers house. At first I was keeping myself locked inside as I didn't believe in the legitimacy of the arrest, but I attempted to surrender myself peacefully when the officers threatened me with a dog. The officers knew of my peaceful surrender attempt, but still decided to use a dog to aprehend me, which was unreasonable. This attack from the dog resulted in severe physical injury to myself alone with psychological trauma. The police officers and dog were agents of Alaska State Troopers, who bears responsibility for the damages.

Claim 2: On or about ___April 9, 2022___, my civil right to
(Date)

___be secure against unreasonable searches and seizures___
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Department of Public Safety, State of Alaska___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On April 9th 2022, I Kenny Ray Matthews Jr. was
subjected to excessive force at the hands of the
Department of Public Safety, State of Alaska. This was
a violation of my 4th and 14th ammendment rights
guaranteed by the United States Constitution. On
April 9th 2022, the Department of Public Safety,
State of Alaska, were attempting to arrest me while I
was at my fathers house. At first I was keeping
myself locked inside as I did not believe in the
legitimacy of the arrest; but I attempted to surrender
myself peacefully when the officers threatened me with
a dog. The officers knew of my peaceful surrender attempt
but still decided to use a dog to apprehend me, which
was unreasonable. This attack from the dog resulted
in severe physical injury to myself, along with
psychological trauma. The police officers and dog were
agents of the Department of Public Safety, State
of Alaska, who bears responsibility for the damages.

Claim 3: On or about _____, my civil right to

(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes  _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _500,000_

2. Punitive damages in the amount of $ _2000,000_

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _____Fairbanks_____ on _____April 8, 2024_____
(Location)                                      (Date)

_____
(Plaintiff's Signature)

_____          _____
Original Signature of Attorney (if any)                              (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Kenny M
#403332
Fairbanks Correctional Center
1931 Eagan Ave
Fairbanks, AK 99701

Court Clerk
U.S. District Court
101 12th Ave Rm. 332
Fairbanks, AK 99701-5073

RECEIVED
APR 16 2024
Clerk, U.S. District Court
Fairbanks, AK

